IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MADU J. CHINELO,

    Plaintiff,

v.                             CASE NO. 4:16cv739-RH/CAS

D. RODIGUEZ, P.A. et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed.

Venue is proper in either the Northern or Middle District of Florida. The recommendation is for transfer of the case to the Middle District. Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . ." Because the events at issue occurred in the Middle District, all the parties but one are there, and most if not all of the witnesses are there, transfer to the Middle District will serve the convenience of the parties and witnesses and the interest of justice. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on January 11, 2017.

                                        s/Robert L. Hinkle
                                        United States District Judge